IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

TRACY E. LUSTER, as Special Administrator for JEREMY LUSTER, deceased and TRACY E. LUSTER, as the Special Administrator for JOSHUA LUSTER, deceased,

        Plaintiffs,

v.

FORD MOTOR COMPANY, INC., NEXEN TIRE AMERICA, INC. and NEXEN TIRE CORPORATION,

        Defendants.

No. 2:18-cv-02225-CSB-EIL

Judge Colin Stirling Bruce
Magistrate Judge Eric I. Long

**FORD MOTOR COMPANY'S AGREED MOTION TO STAY DISCOVERY**

NOW COMES defendant, FORD MOTOR COMPANY, by and through its attorneys in this regard, Thomas W. Cushing, and DONOHUE BROWN MATHEWSON & SMYTH LLC, and for its agreed Motion to Stay Discovery, states as follows:

1. On September 20, 2018, this court entered an order requiring the parties to meet pursuant Rule 26(f), and to file a proposed discovery plan by October 11, 2018.

2. The parties have met and conferred and the parties agreed to seek an order staying discovery and entry of a Rule 16 scheduling order until this court has ruled on FORD MOTOR COMPANY'S rule 12(b)(2) motion to dismiss, which FORD MOTOR COMPANY has filed contemporaneously with this motion.

3. Plaintiff wishes to stay discovery for the additional reason that NEXEN TIRE CORPORATION has not been served. All parties agree to staying discovery until plaintiff has served NEXEN TIRE CORPORATION.

**WHEREFORE**, defendant, FORD MOTOR COMPANY, hereby requests an order staying discovery pending ruling on FORD MOTOR COMPANY'S motion to dismiss, and service on NEXEN TIRE CORPORATION.

DONOHUE BROWN MATHEWSON & SMYTH LLC

By:   s/Thomas C. Cushing
Thomas W. Cushing

DONOHUE BROWN MATHEWSON & SMYTH LLC
Thomas W. Cushing - ARDC # 6196697
140 South Dearborn Street, Suite 800
Chicago, IL  60603
(312) 422-0900
service@dbmslaw.com; cushing@dbmslaw.com

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

[X] I hereby certify that on October 10, 2018, I electronically filed the foregoing with the Clerk of the United States District Court for the Central District of Illinois by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

[ ] I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the United States District Court for the Central District of Illinois by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

/s/ Thomas W. Cushing

Thomas W. Cushing
DONOHUE BROWN MATHEWSON & SMYTH LLC
140 South Dearborn Street, Suite 800
Chicago, Illinois  60603
(312) 422-0900
(ARDC #06196697)
cushing@dbmslaw.com

- 3 -

**SERVICE LIST - 2:18-cv-02225-CSB-EIL**

Todd M. Reardon (toddmreardon@yahoo.com)
Shon A. Park (parklawoffice2006@gmail.com)
Andrew Albright (aalbright@smbtrials.com)